Robert J. McKennon (123176), rmckennon@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY L. BOWLING,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and BINGHAM McCUTCHEN, LLC,<br><br>Defendants. | Case No.: 3:09-cv-01581-MHP<br><br>Action Filed : March 6, 2009<br><br>**STIPULATION AND ORDER DISMISSING THE BINGHAM MCCUTCHEN, LLP LONG TERM DISABILITY COVERAGE PLAN AND BINGHAM MCCUTCHEN, LLP**<br><br>FAC Filed: November 4, 2009 |

IT IS HEREBY STIPULATED by and between Plaintiff Gregory L. Bowling ("Bowling") and Defendant the Prudential Insurance Company of America ("Prudential") through their counsel of record that:

1. The issues in this litigation as stated in the First Amended Complaint relate solely to Prudential's actions in discharging its obligations under the group disability insurance policy it issued to Bingham McCutchen, LLP;

2. Prudential agrees to assume financial responsibility for any settlement and/or judgment on the claims asserted in the First Amended Complaint filed on November 4, 2009;

3. Bowling agrees to dismiss The Bingham McCutchen LLP Long Term Disability Coverage Plan and Bingham McCutchen LLP from this action, with prejudice; and

4. Prudential shall be the only defendant in this action.

Dated: December 17, 2009     BARGER & WOLEN LLP

By: */s/ Robert J. McKennon*
ROBERT J. MCKENNON
SCOTT E. CALVERT
Attorneys for Defendant
The Prudential Insurance Company of America

Dated: December 17, 2009     BOURHIS & MANN

By: */s/ Lawrence Mann*
RAY BOURHIS
LAWRENCE MANN
Attorneys for Plaintiff
Gregory Bowling

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313.

I hereby certify that on **December 17, 2009**, I served the foregoing documents described as: **STIPULATION AND ORDER DISMISSING THE BINGHAM MCCUTCHEN LLP LONG TERM DISABILITY COVERAGE PLAN** on the interested parties as follows:

| | |
|---|---|
| Ray Bourhis, Esq.<br>BOURHIS & MANN<br>1050 Battery Street<br>San Francisco, CA 94111<br><br>Telephone: (415) 392-4660<br>Facsimile: (415) 421-0259<br>Email: rfbourhis@aol.com | Attorney for: Plaintiff Gregory L. Bowling<br><br>☒ Registered participant of ECF. |

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on December 17, 2009.

NAME: Derek Sutter

/s/ *Derek Sutter*
(Signature)

BARGER & WOLEN LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY L. BOWLING,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and BINGHAM McCUTCHEN, LLC,<br><br>　　　　　Defendants. | Case No.: 3:09-cv-01581-MHP<br><br>Action Filed : March 6, 2009<br><br>[~~PROPOSED~~] ORDER DISMISSING THE BINGHAM MCCUTCHEN, LLP LONG TERM DISABILITY COVERAGE PLAN AND BINGHAM MCCUTCHEN, LLP<br><br>FAC Filed: November 4, 2009 |

Good cause having been shown, it is hereby ordered that:

1. The issues in this litigation as stated in the First Amended Complaint relate solely to The Prudential Insurance Company of America's ("Prudential") actions in discharging its obligations under the group disability insurance policy it issued to Bingham McCutchen, LLP;

2. Prudential agrees to assume financial responsibility for any settlement and/or judgment on the claims asserted in the First Amended Complaint filed on November 4, 2009;

3. Bowling agrees to dismiss The Bingham McCutchen LLP Long Term Disability Coverage Plan and Bingham McCutchen LLP from this action, with prejudice; and

4. Prudential shall be the only defendant in this action.

**IT IS SO ORDERED.**

DATED: 12/18/2009



HONORABLE MARILYN H. PATEL
U.S. DISTRICT JUDGE

-1-  Case No.: 3:09-cv-01581-MHP
[PROPOSED] ORDER DISMISSING THE BINGHAM MCCUTCHEN, LLP LONG TERM DISABILITY COVERAGE PLAN AND BINGHAM MCCUTCHEN, LLP

Respectfully Submitted by:

BARGER & WOLEN LLP

By: */s/ Robert J. McKennon*
    ROBERT J. MCKENNON
    SCOTT E. CALVERT
    Attorneys for Defendants
    The Prudential Insurance Company of
    America