Robert J. McKennon (SBN 123176)
  Email: rm@mslawllp.com
McKENNON │ SCHINDLER LLP
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Phone: 949-436-7529
Fax: 949-464-9714

Attorneys for Defendants
The Prudential Insurance Company of America
and Prudential Financial

Ray Bourhis (SBN 53196)
  Email: rfbourhis@aol.com
Lawrence Mann (SBN 83698)
  larry_mann_2000@yahoo.com
BOURHIS & MANN
1050 Battery Street
San Francisco, CA 94111
Telephone: (415) 392-4660
Facsimile: (415) 421-0259

Attorneys for Plaintiff Gregory L. Bowling

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY L. BOWLING<br><br>                   Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINIANCIAL, COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 100, inclusive,<br><br>                   Defendants. | Case No.: 09-cv-01581-MHP<br><br>Action Filed : 04/10/2009<br>Pre-Trial Date: [TBD]<br>Trial Date: [TBD]<br><hr>**STIPULATION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>DATE:   January 25, 2010<br>TIME:   3:00 p.m.<br>DEPT:   15, 18th Floor |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS, the Court scheduled the Further Case Management Conference ("FCMC") for January 25, 2010, 2009 at 3:00 p.m.;

WHEREAS, lead trial counsel for Defendants Prudential Insurance Company of America and Prudential Financial (collectively, "Prudential"), Robert J. McKennon, Esq., practices in Laguna Beach, California;

WHEREAS, Mr. McKennon can be reached at (949) 436-7529 on the date of the hearing;

WHEREAS, it would be more efficient if counsel for Prudential were permitted to appear telephonically at the FCMC rather that travel from Southern California to Northern California for the appearance;

The parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court to Mr. McKennon to appear telephonically at the January 25, 2010 FCMC.

IT IS SO STIPULATED.

Dated: January 20, 2010                    McKENNON | SCHINDLER LLP


By: */s/ Robert J. McKennon*
ROBERT J. McKENNON
ERIC J. SCHINDLER
Attorneys for Defendants
The Prudential Insurance Company of
America and Prudential Financial

Case No.: 09-cv-01581-MHP

Dated:  January 20, 2010

BOURHIS & MANN

By: /s/ Lawrence Mann
RAY BOURHIS
LAWRENCE MANN
Attorneys for Plaintiff Gregory L.
Bowling

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McKennonSchindler LLP
384 Forest Avenue, Suite 20 • Laguna Beach, California 92651

McKennonSchindler LLP
384 Forest Avenue, Suite 20 • Laguna Beach, California 92651

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 384 Forest Avenue, Suite 20, Laguna Beach, California 92651; Fax 949-464-9714; E-mail address: jwmckennon | schindler, llp .. ;.v@ mslawllp.com

384 forest avenue, ste. 20

laguna beach, ca 92651@mslawllp.com.

I hereby certify that on January 20, 2010, I served the foregoing documents described as: STIPULATION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON on the interested parties as follows:

Ray Bourhis                            Attorney for Plaintiff
Lawrence Mann
BOURHIS & MANN                  ☒ Registered participant of ECF.
1050 Battery Street
San Francisco, California 94111

Tel: (415) 392-4660
Fax: (415) 421-0259
Email: rfbourhis@aol.com
        larry_mann_2000@yahoo.com

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on January 20, 2010.

NAME: Joanne Wagner                    _____
                                        (signature)

stip for telephone appear. & order

CERTIFICATE OF SERVICE

## ORDER

     Having reviewed the stipulation submitted by Defendants The Prudential Insurance Company of America and Prudential Financial (collectively "Prudential") and for good cause shown, it is hereby ordered that counsel for Prudential, Robert J. McKennon, Esq. is permitted to appear telephonically at the January 25, 2010 Further Case Management Conference. The Court will initiate the call to counsel 5-10 minutes prior to the time of the hearing through the Court's telephone conferencing system in the courtroom by calling counsel's designated phone number [**(949) 436-7529**].

DATED: January <u>22</u>, 2010



HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE