Robert J. McKennon (SBN 123176)
  Email: rm@mslawllp.com
McKENNON │ SCHINDLER LLP
384 Forest Avenue, Suite 20
Laguna Beach, California 92651
Phone:  949-436-7529
Fax:  949-464-9714

Attorneys for Defendants
The Prudential Insurance Company of America
and Prudential Financial

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GREGORY L. BOWLING<br><br>Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINIANCIAL, COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 09-cv-01581-MHP<br><br>Action Filed : 04/10/2009<br>Pre-Trial Date:<br>Trial Date:<br><br>**SUBSTITUTION OF ATTORNEY BY DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; [PROPOSED] ORDER THEREON** |

TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:

Defendant, The Prudential Insurance Company of America, hereby substitutes Robert J. McKennon of McKennon | Schindler, LLP, located at 384 Forest Avenue, Suite 20, Laguna Beach, California 92651, who is duly admitted to practice law in all courts within the State (including this Court), as attorney of record in place and instead of Scott E. Calvert of Barger & Wolen, LLP.

Dated: January 21, 2010                McKENNON | SCHINDLER LLP

By: /s/ Robert J. McKennon
    ROBERT J. McKENNON
    Substituted Counsel for Defendant
    and Counterclaimant The Prudential
    Insurance Company of America

Dated: January 21, 2010                BARBER & WOLEN LLP

By: /s/ Scott E. Calvert
    SCOTT E. CALVERT
    Current Counsel for Defendant and
    Counterclaimant The Prudential
    Insurance Company of America

Dated: January 21, 2010                THE PRUDENTIAL INSURANCE
                                       COMPANY OF AMERICA

By: _____
    LEN GIUSTI
    Its Designated Representative

IT IS SO ORDERED.

DATED: 1/25/2010



IT IS SO ORDERED
Judge Marilyn H. Patel

THE HONORABLE MARILYN H.
PATEL, UNITED STATES DISTRICT
JUDGE

-2-

Case No.: 09-cv-01581-MHP

SUBSTITUTION OF ATTORNEY BY DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; [PROPOSED] ORDER THEREON

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 384 Forest Avenue, Suite 20, Laguna Beach, California 92651; Fax 949-464-9714; E-mail address: jw@mslawllp.com;

I hereby certify that on January 22, 2010, I served the foregoing documents described as: **SUBSTITUTION OF ATTORNEY BY DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; [PROPOSED] ORDER THEREON** on the interested parties as follows:

| | |
|---|---|
| Ray Bourhis<br>Lawrence Mann<br>BOURHIS & MANN<br>1050 Battery Street<br>San Francisco, California 94111<br>Tel: (415) 392-4660<br>Fax: (415) 421-0259<br>Email: rfbourhis@aol.com<br>larry_mann_2000@yahoo.com | Attorney for Plaintiff<br><br>☒ Registered participant of ECF. |

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Irvine, California on January 22, 2010.

NAME: Joanne M. Wagner          /s/
                                 ―――――――――――
                                 (Signature)

100121 sub of attorney

Case No.: 09-cv-01581-MHP

CERTIFICATE OF SERVICE