UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. BOWLING,

        Plaintiff,

     v.

THE PRUDENTIAL INS. CO. OF AMERICA, et al.,

        Defendants.

_____/

No. C 09-1581 MHP (EDL)

ORDER ALLOWING APPEARANCE
BY TELEPHONE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

     On February 26, 2010, Defendant Prudential Insurance Co of America requested leave for its client representative to appear by telephone at the settlement conference scheduled for April 15, 2010. No opposition was filed by any party, and Prudential has represented to the Court that Plaintiff has no objection to the request.

     Upon consideration of the request, the Court finds good cause for excusing Prudential's client representative from personal attendance and allowing him to appear by telephone. Therefore, it is hereby ORDERED that Prudential's client representative will appear by telephone.

**IT IS SO ORDERED.**

Dated: March 8, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge