UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. BOWLING,

    Plaintiff,

    v.

THE PRUDENTIAL INS. CO. OF AMERICA, et al.,

    Defendants.

_____/

No. C 09-1581 MHP (EDL)

ORDER ALLOWING APPEARANCE BY TELEPHONE

Pursuant to the request of counsel for Plaintiff Gregory Bowling, Plaintiff may attend the settlement conference on April 15, 2010 by telephone. All parties appearing for the settlement conference by telephone must be available for the duration of the conference. If the Court concludes that the absence of any party is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: April 5, 2010

                                                    ELIZABETH D. LAPORTE  
                                                  United States Magistrate Judge